FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 7 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. \_\_\_\_'10 - CV - 01067 BNB\_\_\_\_

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

CLAUDE DEREK FOSTER,

      Plaintiff,

v.

BONNIE GADBERRY, Former Correctional Officer at FCF, is sued in her individual and
      official capacties [sic], and
JOHN DOE, is sued in his individual and official capacties [sic],

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __      is not submitted
(2)   __      is missing affidavit
(3)   __      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __      is missing certificate showing current balance in prison account
(5)   __      is missing required financial information
(6)   __      is missing an original signature by the prisoner
(7)   __      is not on proper form (must use the court's current form)
(8)   __      names in caption do not match names in caption of complaint, petition or habeas application
(9)   __      An original and a copy have not been received by the court. Only an original has been received.
(10)  __      other:_____.

**Complaint, Petition or Application:**
(11)  __      is not submitted
(12)  __      is not on proper form (must use the court's current form)
(13)  __      is missing an original signature by the prisoner
(14)  __      is missing page nos. __
(15)  __      uses et al. instead of listing all parties in caption
(16)  __      An original and a copy have not been received by the court. Only an original has been received.
(17)  __      Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __      names in caption do not match names in text
(19)  X      other: <u>addresses not provided for all defendants in Section "A. Parties"</u>

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6th day of May, 2010.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 − CV − 01067

Claude Derek Foster
Prisoner No. 117725
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on ___5/7/10___

GREGORY C. LANGHAM, CLERK

By:_____
                      Deputy Clerk