IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -6 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01067-BNB

CLAUDE DEREK FOSTER,

    Plaintiff,

v.

BONNIE GADBERRY, Former Correctional Officer at FCF, is sued in her individual and official capacties [sic], and
JOHN DOE, is sued in his/her individual and official capacties [sic],

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 6th day of July, 2010.

                              BY THE COURT:

                              *s/Craig B. Shaffer*
                              Craig B. Shaffer
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01067-BNB

Claude Derek Foster
Prisoner No. 117725
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/6/10

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk