IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -8 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01067-PAB-MJW

CLAUDE DEREK FOSTER,

    Plaintiff,

v.

BONNIE GADBERRY, Former Correctional Officer at FCF, is sued in her individual and official capacties [sic], and
JOHN DOE, is sued in his/her individual and official capacties [sic],

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED July 8, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01067-PAB-MJW

Claude Derek Foster
Prisoner No. 117725
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Bonnie Gadberry – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Bonnie Gadberry: AMENDED COMPLAINT FILED 6/04/10, ORDER FILED 6/28/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _____.

                                                  GREGORY C. LANGHAM, CLERK

                                                  By: _____
                                                         Deputy Clerk