IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01067-PAB-MJW

CLAUDE DEREK FOSTER,

Plaintiff(s),

v.

BONNIE GADBERRY, Former Correctional Officer at FCF,
is sued in her individual and official capacties [sic], and
JOHN DOE, is sued in his/her individual and official capacties [sic],

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion to Direct the Colorado Department of Corrections to Deduct Court Ordered Filing Fee"s [sic] (Docket No. 11) is denied. It is the plaintiff's responsibility, not the court's, to make the necessary arrangements for the monthly filing fee payments to be submitted to the court.

Date: July 16, 2010