IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01067-PAB-MJW

CLAUDE DEREK FOSTER,

Plaintiff(s),

v.

BONNIE GADBERRY, Former Correctional Officer at FCF,
is sued in her individual and official capacties [sic], and
JOHN DOE, is sued in his/her individual and official capacties [sic],

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Dispute Resolution Pursuant to 28 U.S.C. 652 (Docket No. 16) is denied. Pursuant to D.C.COLO.LCivR 16.6, cases in which the plaintiff is a prisoner proceeding pro se are exempt from 28 U.S.C. § 652.

Date: July 20, 2010