# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.:**   10-cv-01067-WJM-MJW          FTR - Courtroom A-502

**Date:**  March 2, 2011                             Courtroom Deputy, Emily Seamon

CLAUDE DEREK FOSTER,                                 Pro Se

      Plaintiff,

v.

BONNIE GADBERRY, Former Correctional Officer at      No appearance
FCF, is sued in her individual and official capacities,
and
JOHN DOE, is sued in his individual and official
capacities,

      Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:   STATUS CONFERENCE**
**Court in session:  9:27 a.m.**
Court calls case.  Pro Se Plaintiff appears by telephone.  No appearance by counsel on behalf of Defendants.

Discussion regarding Clerk's Note Regarding Default [Doc. # 38 filed 1/25/2011] and the Undeliverable Mail Addressed to Bonnie Gadberry [Doc. # 41 filed 1/31/2011].

The Court notes the pending Request for Entry of Default Judgment with Supporting Affidavits Pursuant to Rule 55(a) Concerning Defendant Military Status Pursuant to Civil Relief Act of 2003 [Doc. # 46 filed 2/8/2011] and the Clerk's Note Regarding Default [Doc. # 49 filed 2/9/2011].

It is **ORDERED**:      Plaintiff's Oral Motion to Withdraw Docket Number 46 is **GRANTED**.  The Plaintiff's Request for Entry of Default Judgment with Supporting Affidavits Pursuant to Rule 55(a) Concerning Defendant Military Status Pursuant to Civil Relief Act of 2003 [Doc. # 46 filed 2/8/2011] is **WITHDRAWN**.

It is **ORDERED**:      Plaintiff's Motion for Extension of Time (30 Days) [Doc. #53 filed 2/25/2011] is **GRANTED**.  The Plaintiff has up to and including **April 4, 2011** to make his February payment toward his filing fee.

The Court will issue an Order to Show Cause returnable by Plaintiff as to why this case should not be dismissed for failure to serve defendant Gadberry.

It is **ORDERED**:         Plaintiff's Oral Motion to Have Defendant Gadberry Served at Her Last Known Address is **GRANTED**.  The U.S. Marshal Service shall again attempt personal service upon defendant Bonnie Gadberry at her last known address, 1420 Copper Canyon, Canon City, CO 81212.

It is **ORDERED**:         A Show Cause Hearing and Rule 16 Scheduling Conference is set on **May 6, 2011 at 8:30 a.m.**  Once Defendant Gadberry has been served, Plaintiff is ordered to notify Defendant of the date and time of the Show Cause Hearing/Rule 16 Scheduling Conference.  The proposed scheduling order shall be submitted by the parties on or before **May 2, 2011**.

Discussion regarding the Plaintiff's Motion for the Appointment of Counsel [Doc. # 54 filed 2/25/2011].

Hearing concluded.
**Court in recess:   9:48 a.m.**
Total in-court time: 00:21