IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01067-WJM-MJW

CLAUDE DEREK FOSTER,

Plaintiff,

v.

BONNIE GADBERRY, Former Correctional Officer at FCF, is sued in her individual and official capacties [sic], and
JOHN DOE, is sued in his/her individual and official capacties [sic],

Defendants.

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's motion for the court to stay its March 2, 2011, order to attempt personal service upon defendant (Docket No. 61) is granted to the extent that this court's Order Directing Re-Service by U.S. Marshal (Docket No. 58) is vacated.  It is further

**ORDERED** that on or before April 6, 2011, plaintiff shall either provide the court with the defendant's current address so that she can be served or show cause in writing why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) and/or 16(f) for failure to serve and failure to prosecute.

Date: March 10, 2011