IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01067-WJM-MJW

CLAUDE DEREK FOSTER,

Plaintiff,

v.

BONNIE GADBERRY, Former Correctional Officer at FCF, is sued in her individual and
official capacties [sic], and
JOHN DOE, is sued in his/her individual and official capacties [sic],

Defendants.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Motion for Stay and Abeyance, DN 72, filed with
the Court on May 4, 2011, is DENIED.

Date:  May 5, 2011