IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01067-WJM-MJW

CLAUDE DEREK FOSTER,

Plaintiff,

v.

BONNIE GADBERRY, Former Correctional Officer at FCF, is sued in her individual and official capacties [sic], and
JOHN DOE, is sued in his/her individual and official capacties [sic],

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -6 2011

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING RE-SERVICE BY U.S. MARSHAL

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

On July 8, 2010, Judge Philip A. Brimmer issued an Order Granting Service by United States Marshal. (Docket No. 10). One week later, the Waiver of Service of Summons was returned to the court unexecuted by the Colorado Department of Corrections ("CDOC") Office of Legal Services with the notation that the defendant has not worked for the CDOC since November 2005. (Docket No. 15). Defendant's last known address was given as 1420 Copper Canyon, Canon City, CO 81212. (Docket No. 15). The U.S. Marshals Service attempted personal service upon the defendant at that address, but the Process Receipt and Return indicates the attempt at personal service there was unsuccessful. (Docket No. 32). The explanation provided was, "wrong address." (Docket No. 32). Subsequent mailings by the court to the defendant

2

at that same address were returned by the U.S. Postal Service as undeliverable as addressed. (Docket No. 41 and 51). At a hearing today, plaintiff provided the same address for the defendant. It is thus hereby

**ORDERED** that the U.S. Marshal Service shall again attempt personal service upon defendant Bonnie Gadberry at her last known address, 1420 Copper Canyon, Canon City, CO 81212. All costs of service shall be advanced by the United States.

Dated:   May 6, 2011                                    s/ Michael J. Watanabe
         Denver, Colorado                               MICHAEL J. WATANABE
                                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01067-PAB-MJW

Claude Derek Foster
Prisoner No. 117725
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

US Marshal Service
Service Clerk
Service forms for: Bonnie Gadberry

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Services for service of process on Bonnie Gadberry: AMENDED COMPLAINT FILED 6/04/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/6/11.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk