IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01067-WJM-MJW

CLAUDE DEREK FOSTER,

Plaintiff,

v.

BONNIE GADBERRY, Former Correctional Officer at FCF, is sued in her individual and official capacties [sic], and
JOHN DOE, is sued in his/her individual and official capacties [sic],

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Docket No. 80) is denied as moot. Plaintiff was granted such relief in an Order issued by Magistrate Judge Boland on June 8, 2010 (Docket No. 5).

It is further **ORDERED** that the plaintiff's Motion for Leave to Amend Complaint (Docket No. 78) is granted, and the tendered Second Amended Complaint (Docket No. 78-1) is accepted for filing as of the date of this Minute Order.

Date:  May 19, 2011