IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01067-WJM-MJW

CLAUDE DEREK FOSTER,

     Plaintiff,

v.

BONNIE GADBERRY, former corrections officer at FCF,
GARY WATKINS, former warden of FCF,
TONY CORODIN, director of prisons for CDOC,
SUSAN JONES, Associate warden of FCF,
JAMES HAYATT, captian [sic] at FCF,
DAN REESE, LT at FCF,
ANTHONY A. DECESARO, greviance [sic] officer for CDOC,
BRYAN HUNT, Deputy DA for fremont county [sic],
WILLIAM CLASPELL, and
ALEX WORLD,

     Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 20 2011**

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

In a Minute Order entered on May 19, 2011 (Docket No. 83), this court accepted

for filing the plaintiff's tendered Second Amended Complaint (Docket No. 78-1). That

amended pleading adds the following nine defendants: Gary Watkins, Tony Corodin,

Susan Jones, James Hayatt, Dan Reese, Anthony a. DeCesaro, Bryan Hung, William

Claspell, and Alex World. Plaintiff was previously granted leave to proceed without

prepayment of fees or security pursuant to 28 U.S.C. § 1915. (See Docket No. 7). In

addition, Judge Brimmer previously issued an Order Granting Service by United States

Marshal. (Docket No. 10). It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the nine new defendants named above.  If unable to do so, the United

States Marshal shall serve a copy of the complaint, summons, order granting leave to

proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the nine new

defendants defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver

of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall

be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.


Dated: May 20, 2011

BY THE COURT:


s/ Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01067-WJM-MJW

Claude Derek Foster
Prisoner No. 117725
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

US Marshal Service
Service Clerk
Service forms for: Bryan Hunt

Gary Watkins, Tony Corodin, Susan Jones, James Hayatt,
Dan Reese, Anthony Decessaro, William Claspell, and Alex World - **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

      I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Services for service of process on Bryan Hunt; to Keith Nordell for service of process on Gary Watkins, Tony Corodin, Susan Jones, James Hayatt, Dan Reese, Anthony Decessaro, William Claspell, and Alex World : SECOND AMENDED COMPLAINT FILED 5/19/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/20/11    .

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk