IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01067-WJM-MJW

CLAUDE DEREK FOSTER,

Plaintiff,

v.

BONNIE GADBERRY, Former Correctional Officer at FCF, is sued in her individual and official capacties [sic], and
JOHN DOE, is sued in his/her individual and official capacties [sic],

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the ***Motion to Vacate Scheduling Conference Set for June 10, 2011***, DN 92, filed with the Court on June 8, 2011, is GRANTED.  The Scheduling Conference set on June 10, 2011, at 10:00 a.m., is VACATED and a Scheduling Conference/Show Cause Hearing is **RESET on July 13, 2011, at 9:30 a.m.**, in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

  FURTHER, it is ORDERED that the parties shall submit their proposed scheduling order on or before July 7, 2011.

  FINALLY, it is ORDERED, that the pro se incarcerated plaintiff shall attend the Scheduling Conference/Show Cause Hearing on July 13, 2011, by telephone.  The plaintiff's case manager/inmate coordinator shall ensure the availability of the plaintiff for this conference and initiate a telephone call to the court by calling (303) 844-2403 (Mountain Time).

Date:  June 9, 2011