IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-1067-WJM-MJW

CLAUDE DEREK FOSTER,

Plaintiff,

v.

BONNIE GADBERRY, former corrections officer at FCF,
GARY WATKINS, former Warden at FCF,
TONY CORODIN, Director of Prisons for the CDOC,
SUSAN JONES, Associate Warden of the FCF,
JAMES HYATT, Captain at FCF,
DAN REESE, Lt. at FCF,

Defendants.

ORDER (Docket No. 101)

This matter is before the Court pursuant to Defendants' Motion to Stay Discovery Pending Resolution of Qualified Immunity Defense Asserted in Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6). The Court, being fully advised in the premises therefore, hereby GRANTS the motion. The Court hereby stays discovery pending resolution of the qualified immunity defense asserted in the Motion to Dismiss, and vacates the Scheduling Conference set for July 13, 2011, at 9:30 a.m.

Entered this 28th day of June, 2011.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO