**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01067-WJM-MJW

CLAUDE DEREK FOSTER,

    Plaintiff,

v.

BONNIE GADBERRY, individually, Former Correctional Officer at FCF,
GARY WATKINS, individually, Former Warden of FCF,
TONY CORODIN, individually, Director of Prisons for CDOC,
SUSAN JONES, individually, Associate Warden of FCF,
JAMES HAYATT, individually, Captain at FCF,
DAN REESE, individually, Lieutenant at FCF,
ANTHONY A. DeCESARO, individually, Grievance Officer for CDOC,
BRYAN HUNT, individually, Deputy District Attorney for Fremont County, and
ALEX WORLD, individually,

    Defendants.

---

**ORDER ADOPTING THE RECOMMENDATION OF THE MAGISTRATE JUDGE, GRANTING DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

---

This matter is before the Court on the January 18, 2012 Recommendation by United States Magistrate Judge Michael J. Watanabe that Defendants' Motion to Dismiss (ECF No. 99) be granted, that Plaintiff's Motion for Leave to Amend (ECF No. 108) be denied, and that all of Plaintiff's claims be dismissed. (ECF No. 128.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF

No. 128 at 13.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes that the Magistrate Judge's analysis and recommendations are correct and that "there is no clear error on the face of the record." *See* Fed. R. Civ. P. 72(b) advisory committee's note. Therefore, the Court hereby ADOPTS the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby ORDERED that the Recommendation of the United States Magistrate Judge (ECF No. 128), filed January 18, 2012, is ACCEPTED. For the reasons cited therein, the Court further ORDERS as follows:

1. Plaintiff's Motion to Amend (ECF No. 108) is DENIED;
2. Defendant Watkins, Carochi, DeCesaro, Wold, Jones, Claspell, Reese, and Hyatt's Motion to Dismiss (ECF No. 99) is GRANTED;
3. Plaintiffs' claims against Defendants Watkins, Carochi, DeCesaro, Wold, Jones, Claspell, Reese, and Hyatt are DISMISSED WITH PREJUDICE;
4. Plaintiff's claims against unserved Defendants Hunt and Gadberry are DISMISSED WITHOUT PREJUDICE;
5. The Clerk shall enter judgment in accordance with this Order. As Plaintiff is an incarcerated prisoner, each party shall bear their own costs.

Dated this 15th day of February, 2012.

BY THE COURT:

William J. Martinez
United States District Judge